IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02334-MSK-CBS

ASHEKI JELDO KIMO,

        Petitioner,

v.

ALBERTO R. GONZALES, Attorney General of the United States,
ROBERT MUELLER, III, Director of the Federal Bureau of Investigations,
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,
EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services, and
MARIO ORTIZ, Denver District Director of United States Citizenship and Immigration Services,

        Respondents.

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

        The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Thursday, March 22, 2007 at 9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The matter is set for a non-evidentiary hearing of not more than 15 minutes.  Counsel shall *bring their calendars.*

        The parties shall be prepared to address the scheduling of subsequent proceedings in this case.

Dated this 5th day of January, 2007

                                                  **BY THE COURT:**

_/s/ Marcia S. Krieger_

Marcia S. Krieger
United States District Judge