IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02334-MSK-CBS

ASHEKI JELDO KIMO,

    Petitioner,

v.

ALBERTO R. GONZALES, Attorney General of the United States,
ROBERT MUELLER, III, Director of the Federal Bureau of Investigations,
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,
EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services, and
MARIO ORTIZ, Denver District Director of United States Citizenship and Immigration Services,

    Respondents.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the "Stipulated Motion to Dismiss" **(#13)** filed February 22, 2007. The Court having reviewed the foregoing:

**ORDERS** that the above-captioned matter is dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The hearing scheduled for Mach 22, 2007 is **VACATED**. *The Clerk shall close this case.*

Dated this 22nd day of February, 2007

                              **BY THE COURT:**

                              *[signature]*

                              Marcia S. Krieger
                              United States District Judge